UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                                         :

ABRAHAM KATZ,                            :

                         Plaintiff,    :

                                    :             20 Civ. 00866 (LGS)

          -against-                :

                                    :              ORDER

EQUIFAX INFORMATION SERVICES, LLC, et :
al.,                                        :

                      Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 10, 2020, Plaintiff filed an affidavit of service (Dkt. No. 8)

stating that Defendant Citibank, N.A. ("Citibank") was served on February 10, 2020;

WHEREAS, Citibank was required to respond to the Complaint by March 2, 2020;

WHEREAS, Citibank has not appeared in this case and has not timely responded to the

Complaint.  It is hereby

**ORDERED** that, if Citibank continues to fail to appear, Plaintiff shall move for default

judgment pursuant to Attachment A of the Court's Individual Rules by **April 30, 2020**.  It is

further

**ORDERED** that Plaintiff shall serve a copy of this Order on Citibank, and shall file an

affidavit of service no later than **April 17, 2020**.

Dated: April 14, 2020
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                 **UNITED STATES DISTRICT JUDGE**