UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ABRAHAM KATZ,

                       Plaintiff,

            -against-

EQUIFAX INFORMATION SERVICES, LLC, et al.,

                       Defendants.

------------------------------------------------------------X

20 Civ. 00866 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that Plaintiff and Defendant Equifax Information Services, LLC ("Equifax") have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that Equifax is dismissed from this action without costs and without prejudice to restoring Equifax to the action, provided the application to restore Equifax is made within thirty (30) days of this Order. Any application to restore Equifax to the action filed after thirty (30) days from the date of this Order may be denied solely on that basis.

      The action remains open as to the remaining Defendants.

Dated: April 21, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE