UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                               :
ABRAHAM KATZ,                             :
                         Plaintiff,    :
                                               :          20 Civ. 00866 (LGS)
               -against-                 :
                                               :          <u>ORDER</u>
EQUIFAX INFORMATION SERVICES, LLC, et :
al.,                                                        :
                       Defendants.  :
-------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Court-annexed Mediation Program has informed the Court that the court-ordered mediation in this case was not held as one or all parties failed, refused to attend, or refused to participate in the mediation.  It is hereby

       ORDERED that, by May 14, 2020, the parties shall file a joint letter, apprising the Court of the status of mediation.

Dated: May 11, 2020
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**