UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                                        :

ABRAHAM KATZ,                                                                          :
                           Plaintiff,          :
                                                 :          20 Civ. 00866 (LGS)
              -against-                               :
                                                 :          <u>ORDER</u>

EQUIFAX INFORMATION SERVICES, LLC, et :
al.,                                                                                   :
                           Defendants.   :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       The Court has been informed that Plaintiff and Defendant Experian Information Services,

Inc. ("Experian") have reached a settlement in principle in this case.  Accordingly, it is hereby

ORDERED that Experian is dismissed from this action without costs and without prejudice to

restoring Experian to the action, provided the application to restore Experian is made within thirty

(30) days of this Order.  Any application to restore Experian to the action filed after thirty (30)

days from the date of this Order may be denied solely on that basis.

       The action remains open as to the remaining Defendant, American Express, Co.  As the

case is stayed against American Express, Co. pursuant to this Court's Order at Dkt. No. 34, any

pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELED.

Dated: May 15, 2020
       New York, New York

                                               **LORNA G. SCHOFIELD**
                                     **UNITED STATES DISTRICT JUDGE**