UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABRAHAM KATZ,
                           Plaintiff,

                20 Civ. 866 (LGS)

        -against-

                ORDER

EQUIFAX INFORMATION SERVICES, LLC, et al.,
                         Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated May 14, 2020, directed Plaintiff and Defendant American Express to file a joint status letter, apprising the Court as to the status of arbitration, on June 29, 2020, and every 45 days thereafter. Dkt. No. 34. Accordingly, the Plaintiff and Defendant American Express were required to file a joint status letter on September 24, 2020.

       WHEREAS, no such letter was filed. It is hereby

       **ORDERED** that, by **October 1, 2020**, Plaintiff and Defendant American Express shall file the status letter.

Dated: September 28, 2020
       New York, New York

                                              **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**