```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ABRAHAM KATZ,                                                :
                              Plaintiff,                     :
                                                             :    20 Civ. 866 (LGS)
               -against-                                     :
                                                             :       ORDER
EQUIFAX INFORMATION SERVICES, LLC, et                        :
al.,                                                         :
                              Defendants.                    :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, the Order dated May 14, 2020, directed Plaintiff and Defendant American Express to file a joint status letter, apprising the Court as to the status of arbitration, on June 29, 2020, and every 45 days thereafter.  Dkt. No. 34.  Accordingly, the Plaintiff and Defendant American Express were required to file a joint status letter on November 13, 2020.

  WHEREAS, no such letter was filed.  It is hereby

  **ORDERED** that, by **November 24, 2020, and every 45 days thereafter**, Plaintiff and Defendant American Express shall file the status letter.

Dated: November 20, 2020
   New York, New York

                  _____
                    LORNA G. SCHOFIELD
                  UNITED STATES DISTRICT JUDGE