UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABRAHAM KATZ,

                Plaintiff,

                20 Civ. 866 (LGS)

     -against-

                ORDER

EQUIFAX INFORMATION SERVICES, LLC, et al.,

                Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on May 14, 2020, the Court issued an Order directing Plaintiff and Defendant American Express to file a joint status letter apprising the Court as to the status of arbitration, on June 29, 2020, and every 45 days thereafter.  Dkt. No. 34.

       WHEREAS, pursuant to the Court's May 14, 2020, Order a status letter was due on April 5, 2021, and no such letter was filed.  It is hereby

       **ORDERED** that, by **April 9, 2021**, Plaintiff and Defendant American Express shall file a joint status letter.

Dated: April 7, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE